## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES                          *
                                       *
    v.                                 *          MAG. NO.    21- 1137
                                       *
BRANDY FERNANDEZ                       *
                                       *
                                    *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Fed. R. Crim. P. 43(b)(2) and Standing Order 2020-06, this Court finds:

[X]  That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

[X]  That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:
    1. COVID pandemic, 2. Inability to conduct in-person hearing for indefinite period, and
    3. Consent of defendant.


Accordingly, the proceeding(s) held on this date may be conducted by:

[X]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

    [ ]  The Defendant (or the Juvenile) is detained at a facility lacking video

    teleconferencing capability.

    [ ]  Other:


Dated:  6/3/21

_____
Honorable Anthony R. Mautone
United States Magistrate Judge